| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CHARLES G. WOHLRAB (016592012)<br>SHAPIRO & DENARDO, LLC<br>14000 Commerce Pkwy, Ste. B<br>Mt. Laurel, NJ  08054<br>(856) 793-3080<br>Attorneys for MidFirst Bank |
| In Re:<br><br>ROBERT I. HATTEM,<br><br>DEBTOR |

Order Filed on October 17, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No: | 15-16017 |
| Chapter: | 13 |
| Judge: | KCF |

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: October 17, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____Charles G. Wohlrab_____, and regarding _____a Notice of Mortgage Payment Change; Re: Claim #3, filed October 8, 2016_____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*