| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> CHARLES G. WOHLRAB (016592012) <br> SHAPIRO & DENARDO, LLC <br> 14000 Commerce Pkwy, Ste. B <br> Mt. Laurel, NJ  08054 <br> (856) 793-3080 <br> Attorneys for MidFirst Bank |

**Order Filed on October 17, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: <br><br> ROBERT I. HATTEM, <br><br> DEBTOR | Case No: | 15-16017 |
|---|---|---|
| | Chapter: | 13 |
| | Judge: | KCF |

# ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: October 17, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____Charles G. Wohlrab_____, and regarding _____a Notice of Mortgage Payment Change; Re: Claim #3, filed October 8, 2016_____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Robert I. Hattem  
    Debtor

Case No. 15-16017-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 17, 2016  
                             Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2016.  
db            +Robert I. Hattem,   15 Ryan Street,   Fords, NJ 08863-2113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2016 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Charles G. Wohlrab    on behalf of Creditor    MidFirst Bank cwohlrab@logs.com,
     njbankruptcynotifications@logs.com  
           Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com  
           John Philip Schneider    on behalf of Creditor    CitiMortgage, Inc. nj.bkecf@fedphe.com  
           John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
     Services mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com  
           Justin M Gillman    on behalf of Debtor Robert I. Hattem abgillman@optonline.net  
                                                                                                           TOTAL: 7