Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 15−16017−KCF
                              Chapter: 13
                              Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert I. Hattem
   15 Ryan Street
   Fords, NJ 08863

Social Security No.:
   xxx−xx−7661

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/19/16.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 19, 2016
JJW: slf

                                                                                       James J. Waldron
                                                                                       Clerk

```
                       United States Bankruptcy Court
                             District of New Jersey

In re:                                                        Case No. 15-16017-KCF
Robert I. Hattem                                              Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Dec 19, 2016
                              Form ID: 148             Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
db             +Robert I. Hattem,   15 Ryan Street,   Fords, NJ 08863-2113
cr              CitiMortgage, Inc.,   PO Box 6030,   Sioux Falls,   South Dakota, SD  57117-6030
515426794      +Akron Billing Center,   2620 Ridgewood Road,   STE 300,   Akron, OH 44313-3500
515426805     ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
               (address filed with court: Citifinancial,    300 Saint Paul Pl,   Baltimore, MD 21202)
515426804      +Chase,   Po Box 24696,   Columbus, OH 43224-0696
515458083       CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA 50368-8971
515426806      +Citimortgage Inc,   Po Box 6243,   Sioux Falls, SD 57117-6243
515426807      +Credit Acceptance,   Attn: Bankruptcy Dept,   25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
515426808      +Credit Acceptance,   Po Box 513,   Southfield, MI 48037-0513
515426809      +Eastern Account System INC.,   Attn: Bankruptcy Dept.,   Po Box 837,   Newtown, CT 06470-0837
515426810      +Eastern Account System INC.,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
515426811       Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
515426812      +Experian,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
515426815      +Glazer & Kamel,   1207 East Grand Street,   3rd Floor,   Elizabeth, NJ 07201-2328
515426816      +Goldman & Warshaw, PC,   PO Box 2500,   West Caldwell, NJ 07007-2500
515426818      +HFC/Beneficial Mtg Services,   Po Box 3425,   Buffalo, NY 14240-3425
515426817      +HFC/Beneficial Mtg Services,   Attn: Bankruptcy,   961 Weigel Dr,   Elmhurst, IL 60126-1058
515426819      +HRRG,   PO Box 459080,   Fort Lauderdale, FL 33345-9080
516241988      +MidFrist Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
516241989      +MidFrist Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118,   MidFrist Bank,
                 999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
515426823       Neurology Consultants of Central NJ,   235 May Street   Suite D,   Edison, NJ 08837
515426827      +Phelan Hallinan & Diamond, PC,   400 Fellowship Road,   Suite 100,
                 Mount Laurel, NJ 08054-3437
515426828      +Pressler & Pressler L.L.P.,   7 Entin Road,   Parsippany, NJ 07054-5020
515426833      +RMB Inc.,   409 Bearden Park Circle,   Knoxville, TN 37919-7448
515426829      +Raritan Bay Cardiology Group,   225 May Street,   Suite F,   Edison, NJ 08837-3266
515426830      +Raritan Bay Hospital,   530 New Brunswick Ave,   Perth Amboy, NJ 08861-3685
515426831      +Raritan Bay Medical Center,   c/o P.D.A.B. Inc.,   66 Ford Rd. Suite 114,
                 Denville, NJ 07834-1300
515426832      +Remex,   307 Wall St.,   Princeton, NJ 08540-1515
515426834      +Summit Collection Svcs,   Po Box 306,   Ho Ho Kus, NJ 07423-0306
515426835      +Summit Collection Svcs,   50 N Franklin Tpke,   Ho Ho Kus, NJ 07423-1562
515426836      +TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022-2000
515426837      +University Radiology Group,   P.O. Box 1075,   579A Cranbury Rd.,
                 East Brunswick, NJ 08816-5426
515426840     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2016 23:39:14     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2016 23:39:12     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: WFFC.COM Dec 19 2016 23:23:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                 1451 Thomas Langston Rd.,   Winterville, NC 28590-8872
515426792      +EDI: AFNIRECOVERY.COM Dec 19 2016 23:23:00     Afni, Inc.,   Attn: Bankruptcy,   Po Box 3097,
                 Bloomington, IL 61702-3097
515426793      +EDI: AFNIRECOVERY.COM Dec 19 2016 23:23:00     Afni, Inc.,   Po Box 3427,
                 Bloomington, IL 61702-3427
515547423       EDI: AIS.COM Dec 19 2016 23:23:00     American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
515438340       EDI: AIS.COM Dec 19 2016 23:23:00     American InfoSource LP as agent for,
                 Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
515426801       EDI: CAPITALONE.COM Dec 19 2016 23:23:00     Capital One, N.a.,   Po Box 85520,
                 Richmond, VA 23285
515426795      +EDI: CAPITALONE.COM Dec 19 2016 23:23:00     Cap One,   Po Box 5253,
                 Carol Stream, IL 60197-5253
515426797      +EDI: CAPONEAUTO.COM Dec 19 2016 23:23:00     Capital One Auto Finan,   3901 Dallas Pkwy,
                 Plano, TX 75093-7864
515426796      +EDI: CAPONEAUTO.COM Dec 19 2016 23:23:00     Capital One Auto Finan,   3905 N Dallas Pkwy,
                 Plano, TX 75093-7892
515630431       EDI: CAPITALONE.COM Dec 19 2016 23:23:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
515426798      +EDI: CAPITALONE.COM Dec 19 2016 23:23:00     Capital One, N.a.,   Capital One Bank (USA) N.A.,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
515543849      +E-mail/Text: bankruptcy@cavps.com Dec 19 2016 23:39:26     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Dec 19, 2016
                              Form ID: 148             Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515426813      +E-mail/Text: mmbk@fenton-mcgarvey.com Dec 19 2016 23:38:26     Fenton & Mcgarvey,
                 2401 Stanley Gault Pkwy,    Louisville, KY 40223-4175
515426814      +EDI: AMINFOFP.COM Dec 19 2016 23:23:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
515426820      +EDI: HFC.COM Dec 19 2016 23:23:00      Hsbc Bank,    95 Washington Street,
                 Buffalo, NY 14203-3006
515426821      +EDI: MID8.COM Dec 19 2016 23:23:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
515426825      +EDI: AGFINANCE.COM Dec 19 2016 23:23:00      Onemain Fi,    6801 Colwell Blvd,
                 Irving, TX 75039-3198
515647110       EDI: PRA.COM Dec 19 2016 23:23:00      Portfolio Recovery Associates, LLC,
                 c/o One Main Financial Holdings, Inc.,    POB 41067,    Norfolk VA 23541
515426838      +EDI: VERIZONEAST.COM Dec 19 2016 23:23:00      Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
515426839      +EDI: BLUESTEM Dec 19 2016 23:23:00      Webbank/fingerhut,    6250 Ridgewood Roa,
                 Saint Cloud, MN 56303-0820
515455884       EDI: WFFC.COM Dec 19 2016 23:23:00      Wells Fargo Bank, N.A.,    P.O. Box 19657,
                 Irvine, CA 92623-9657
515426842      +EDI: WFFC.COM Dec 19 2016 23:23:00      Wfs Financial/Wachovia Dealer Srvs,    Po Box 1697,
                 Winterville, NC 28590-1697
515426841      +EDI: WFFC.COM Dec 19 2016 23:23:00      Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,
                 Rancho Cucamonga, CA 91729-3569
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515426802*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,     Po Box 85520,    Richmond, VA 23285)
515426803*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,     Po Box 85520,    Richmond, VA 23285)
515426799*     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
515426800*     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
515426822*     +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
515426826*     +Onemain Fi,    6801 Colwell Blvd,    Irving, TX 75039-3198
515426824     ##+Nudleman, Klemm and Golub,    425 Eagle Rock Ave.,    Suite 403,    Roseland, NJ 07068-1717
                                                                                    TOTALS: 0, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2016 at the address(es) listed below:
            Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
            Albert   Russo    docs@russotrustee.com
            Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
            Charles G. Wohlrab    on behalf of Creditor    Midland Mortgage cwohlrab@logs.com,
             njbankruptcynotifications@logs.com
            Charles G. Wohlrab    on behalf of Creditor    MidFirst Bank cwohlrab@logs.com,
             njbankruptcynotifications@logs.com
            Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin                Page 3 of 3              Date Rcvd: Dec 19, 2016
                              Form ID: 148               Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          John Philip Schneider    on behalf of Creditor    CitiMortgage, Inc. nj.bkecf@fedphe.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Justin M Gillman    on behalf of Debtor Robert I. Hattem abgillman@optonline.net
                                                                                                                  TOTAL: 9