Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 15−16017−KCF
                    Chapter: 13
                    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert I. Hattem
   15 Ryan Street
   Fords, NJ 08863

Social Security No.:
   xxx−xx−7661

Employer's Tax I.D. No.:

---

**FINAL DECREE**

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 24, 2017</u>                 <u>Kathryn C. Ferguson</u>
                                                Judge, United States Bankruptcy Court